IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALEX D. RANDELL,

    Plaintiff,

      v.

CLAYTON COUNTY JAIL,

    Defendant.

CIVIL ACTION FILE
NO. 1:13-CV-3938-TWT

**ORDER**

This is a pro se habeas corpus  action.  It is before the Court on the Report and
Recommendation [Doc. 2] recommending dismissing the action for failure to exhaust
administrative  remedies.    The  Court  approves  and  adopts  the  Report  and
Recommendation as the judgment of the Court. This action is DISMISSED without
prejudice.

SO ORDERED, this 6th day of August, 2014.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\13\Randell\13cv3938\r&r.wpd